SEYFARTH SHAW LLP
Andrew R. Escobar, OSB No. 106671
999 Third Avenue, Suite 4700
Seattle, Washington  98104-4041
Phone: (206) 946-4910
Fax: (206) 946-4901
Email: aescobar@seyfarth.com

*Attorneys for Defendant The Prudential*
*Insurance Company of America*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

CHRISTINE MCCOURT,                          Case No. 3:26-cv-00785-SB

        Plaintiff,

      v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Prudential Insurance Company of America ("Prudential" or "Defendant"), by and through attorneys, hereby moves for a second extension of time, until June 29, 2026, within which to answer or otherwise respond to Plaintiff's Complaint.  In support of its unopposed motion, Defendant states as follows:

1.      On April 21, 2026, Plaintiff commenced a civil action against Defendant by filing a complaint in this Court.

2.      On April 24, 2026, Defendant was served with the Complaint.

3.      The current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is June 15, 2026. (ECF No. 10.)

4.     Plaintiff has asserted state law claims for breach of contract, breach of the duty of good faith and fair dealing, and negligence per se. (ECF No. 1.) Prudential maintains that Plaintiff's case arises, if at all, under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*., because she seeks to recover life insurance benefits under an employee welfare benefit plan (the "plan") sponsored by an employee association of which she is a member, the National Education Association (the "NEA").

5.     Plaintiff does not agree that ERISA applies to the plan, but the Parties agree that ERISA requires that claimants exhaust their administrative remedies before filing suit to recover benefits under ERISA (29 U.S.C. § 1132(a)(1)(B)).

6.     Prudential denied Plaintiff's claim for life insurance benefits by letter dated December 31, 2025. By letter dated April 23, 2026, two days after filing this lawsuit, Plaintiff submitted her filed Complaint to Prudential as her administrative appeal of Prudential's decision. Prudential just completed its review of Plaintiff's administrative appeal.

7.     Given Prudential's ongoing review that only recently concluded, Defendant requests two additional weeks, until and including June 29, 2026, to prepare its response to Plaintiff's Complaint.

8.     On June 2, 2026, Counsel for Defendant conferred with Counsel for Plaintiff, who indicated that Plaintiff does not object to or oppose Defendant's Motion.

9.     There are no status conferences or hearings that will be affected by this motion.

10.     This is Defendant's second request for an extension.

11.     This request is made in good faith and not for the purposes of causing unwarranted delay.

DEFENDANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

WHEREFORE, Defendant respectfully requests that the Court enter an order granting it until June 29, 2026, to file its Answer or otherwise respond to Plaintiff's Complaint.

Dated this 3rd day of June, 2026.

Respectfully submitted,

SEYFARTH SHAW LLP

*s/ Andrew R. Escobar*

Andrew R. Escobar (OSB No. 106671)
999 Third Avenue, Suite 4700
Seattle, Washington  98104-4041
Phone: (206) 946-4968
Email: aescobar@seyfarth.com

*Attorneys for Defendant The Prudential*
*Insurance Company of America*

DEFENDANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing

DEFENDANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO

ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT has been

electronically filed with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following counsel of record.

Jeremy L. Bordelon, OSB No. 160789
jeremy@evergreendisability.com
EVERGREEN DISABILITY LAW
465 Northeast 181st Avenue, No. 500
Portland, Oregon 97230
Telephone: (503) 888-9331
Facsimile: (503) 928-3533
Attorney for Plaintiff

Glenn Kantor, *Pro Hac Vice*
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

*/s/ Andrew R. Escobar*
Andrew R. Escobar